

# IN THE UNITED STATES ~~BANKRUPTCY~~ District COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case Nos. 03-10358 (GRH) |
| RFS ECUSTA INC. and RFS US INC., | ) | and      03-10360 (GRH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| LANGDON M. COOPER, | ) | |
| as Chapter 7 Trustee for the estates of | ) | |
| RFS ECUSTA INC. AND RFS US INC., | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Pro. No. 03-3352 |
| v. | ) | |
| | ) | |
| NATHU RAM PURI, PURICO (IOM) | ) | |
| LIMITED, ANCEFIN, LTD., and TOTAL | ) | 3-05-N-315 |
| ACCEPTANCES LIMITED, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER FOR ADMISSION *PRO HAC VICE*

This matter coming before the Court on the *Ex Parte Motion for Admission Pro Hac Vice* (the "Motion") of Paul D. Brown of the law firm of Greenberg Traurig, LLP

("Applicant"), and the Court having considered the request and the representation of the Applicant.

IT IS HEREBY ORDERED that Paul D. Brown be, and hereby is, permitted to appear as counsel for Nathan Ram Puri, Purico (IOM) Limited, Ancefin, Ltd., and Total Acceptances Limited in this matter and participate *pro hac vice* in the Chapter 11 case and all proceedings arising herein.

IT IS SO ORDERED this 24th day of May, 2005.

Graham C. Mullen
United States Bankruptcy Judge

This Order has been signed electronically. The judge's signature and Court's seal appear at the top of the Order.

CHARLOTTE/023683-002/257233 v.1