IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV212-MU
3:05CV213-MU
3:05CV214-MU
3:05CV215-MU
3:05CV216-MU

In re:                              )
                                    )
RFS ECUSTA, INC. and                )
RFS US INC.,                        )
                                    )                ORDER
          Debtors,                  )
                                    )
And Related Actions.                )
_____ )

       This matter is before the court upon its own motion. The court has recently withdrawn the reference in these cases. Accordingly, the court hereby directs the Trustee in these cases to confer with all parties within 45 days of the date of entry of this Order and attempt to agree upon a master Pre-trial Order setting forth deadlines for Answers, amended pleadings, discovery, dispositive motions, etc. Any stays which are in effect are hereby modified to allow the parties to file any pleadings they so desire.

       IT IS SO ORDERED

Signed: February 24, 2006

Graham C. Mullen
United States District Judge